# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1102**                                **September Term, 2024**

EPA-88FR9336

**Filed On: July 29, 2025**

State of Utah, by and through its Governor, Spencer J. Cox and its Attorney General, Sean D. Reyes,

        Petitioner

        v.

Environmental Protection Agency and Lee M. Zeldin,

        Respondents

------------------------------

Consolidated with 23-1103, 23-1105, 23-1106, 23-1107, 23-1112, 23-1113, 23-1115

------------------------------

**No. 24-1040**

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

        Petitioner

        v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. EPA,

        Respondents

------------------------------

Consolidated with 24-1041, 24-1042

# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-1102**　　　　　　　　　　　　　　　　**September Term, 2024**

-----------------------------

**No. 24-1043**

State of Oklahoma, by and through its
Attorney General, Gentner F. Drummond and
Oklahoma Department of Environmental
Quality,

　　　　　Petitioners

　　v.

Environmental Protection Agency and Lee M.
Zeldin, Administrator, U.S. EPA,

　　　　　Respondents

-----------------------------

Consolidated with 24-1044, 24-1045, 24-1046

## O R D E R

　　Upon consideration of petitioners' unopposed motion to govern future proceedings and transfer cases to the United States Court of Appeals for the Tenth Circuit, it is

　　**ORDERED** that the motion be granted. The Clerk is directed to transmit the original files in Case Nos. 24-1040, et al., and 24-1043, et al., including a copy of this order, to the United States Court of Appeals for the Tenth Circuit.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Laura M. Morgan
　　　　　　　　　　　　　　　　　　Deputy Clerk