# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1102**　　　　　　　　　　　　　　　　　　　　**September Term, 2022**

EPA-88FR9336

**Filed On:** June 27, 2023

State of Utah, by and through its Governor,
Spencer J. Cox and its Attorney General,
Sean D. Reyes,

　　　　Petitioner

　　v.

Environmental Protection Agency and
Michael S. Regan,

　　　　Respondents

------------------------------

Consolidated with 23-1103, 23-1105,
23-1106, 23-1107, 23-1112, 23-1113,
23-1115

　　**BEFORE:**　　Henderson, Walker, and Garcia, Circuit Judges

### O R D E R

　　Upon consideration of the motion to hold these cases in abeyance, the Environmental Protection Agency's opposition thereto, the reply, and the supplement to the reply; and the motion to expedite, the opposition thereto, and the reply, it is

　　**ORDERED** that the motion to hold these cases in abeyance be granted and that these cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 30 days of the Tenth Circuit's disposition of <u>State of Utah v. Environmental Protection Agency</u>, No. 23-9509, or the Ninth Circuit's disposition of <u>Nevada Cement Company v. Environmental Protection Agency</u>, No. 23-682, whichever occurs earlier. It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1102**                                                                 **September Term, 2022**

**FURTHER ORDERED** that the motion to expedite be denied.  See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 34 (2021).

**Per Curiam**

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

              BY:    /s/
                                 Amanda Himes
                                 Deputy Clerk